| | | |
|---|---|---|
| GMAC BANK,<br>now known as ALLY BANK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HTFC CORPORATION<br>and AARON WIDER | : | NO. 09-106 |
| | : | |

## ORDER

AND NOW, this **20th** day of **August**, 2013, upon careful and independent consideration of pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

### ORDERED



1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Defendants' Motion for Sanctions (Doc. No. 39) is **DENIED**.

3. Plaintiff's Motion to Strike Defendant's Motion for Sanctions (Doc. No. 41) is **GRANTED**.

4. Plaintiff's Motion to Strike Defendant's Reply and Motion to Extend Time for Reply (Doc. No. 48) is **DENIED AS MOOT**.

BY THE COURT:

_____
EDUARDO C. ROBRENO,      J.

① No objections were filed to R + R.

7